IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LISA RENEE JONES                                                                            PLAINTIFF

vs.                                    Civil No. 2:12-cv-02238

CAROLYN W. COLVIN                                                                      DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**ENTERED this 25th day of November 2013.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE